## UNITED STATES BANKRUPTCY COURT OF THE
## WESTERN DISTRICT OF OKLAHOMA

IN RE:   BRUCE S. CARLTON,   )
         )
         Debtor.   )   Case No. 11-14039
         )   Chapter 13

**AMENDMENTS TO:**

Amendments have been made to: Summary & Schedules "B" & "C". No new creditors were added.

Dated this February 10, 2015.

/s/ James E. Palinkas
JAMES E. PALINKAS, OBA #15037
Attorney & Counselor
228 N. Broadway
Shawnee, OK 74801
(405) 275-0216 - TEL
(405) 275-0286 - FAX
jim@jepalinkas.com

CERTIFICATE OF MAILING

I certify that on the 3rd day of April 2015, a true and correct copy of the above amendment was electronically served upon the following using the Court's CM/ECF system:

John Hardeman, Chapter 13 Trustee
U.S. Trustee

Further, I certify that on April 3, 2015, a true and correct copy of the above amendment was delivered by First-Class, U.S. Mail, postage prepaid and properly addressed to the following:

Debtor and all interested parties on the attached mailing matrix.

/s/ James E. Palinkas
JAMES E. PALINKAS

```
Label Matrix for local noticing        BancFirst                              ECMC
1087-5                                  PO Box 1608                            PO Box 75906
Case 11-14039                           Shawnee, OK 74802-1608                 St. Paul, MN 55175-0906
Western District of Oklahoma
Oklahoma City
Thu Apr 2 23:51:22 CDT 2015

Oak Harbor Capital III LLC              Oklahoma Employment Security Commission    Oklahoma Tax Commission
c/o Weinstein & Riley, P.S.             PO Box 53039                               Legal Division
2001 Western Ave., Ste. 400             Oklahoma City, OK 73152-3039               120 N Robinson Suite 2000W
Seattle, WA 98121-3132                                                             Oklahoma City, OK 73102-7801

WELLS FARGO BANK, N.A.                  USBC Western District of Oklahoma      1st Unitd Bk
Baer, Timberlake, Coulson, Cates P.C.   215 Dean A. McGee                      1400 W Main St
c/o Robert Hauge                        Oklahoma City, OK 73102-3426           Durant OK 74701-4906
6846 S. Canton Ave, Suite 100
Tulsa, OK 74136-3413

American Express                        American Express Centurion Bank        American Express Centurion Bank
Po Box 981535                           4315 South 2700 West                   c o Becket and Lee LLP
El Paso TX 79998-1535                   Salt Lake City UT 84184-0001           POB 3001
                                                                               Malvern, PA 19355-0701

Bachomeloans                            Banc First                             Bancfirst
450 American St                         P.O. Drawer R                          Po Box 26788
Simi Valley CA 93065-6285               Prague OK 74864-1085                   Oklahoma City OK 73126-0788

Bank Of America                         Bank of America                        Bank of America
Attn: Bankruptcy NC4-105-02-99          Attn: Correspondence Unit              Box 5170
Po Box 26012                            CA-6-919-02-41                         Simi Valley CA 93062-5170
Greensboro NC 27420-6012                P.O. Box 5170
                                        Simi Valley CA 93062-5170

Burton E. Stacy, Jr.                    Citicard                               ECMC
HOOD & STACY, P.A.                      POB 6500                               PO Box 16408
216 N. Main                             Sioux Falls SD 57117-6500              St Paul MN 55116-0408
Bentonville AR 72712-5335

First United Bank                       First United Bank                      First United Bank & Trust
912 E. Independence                     912 East Independence                  6401 S Custer Road
Shawnee OK 74804-4159                   Shawnee OK 74804-4159                  McKinney TX 75070-3129

First United Bank & Trust Company       (p) INTERNAL REVENUE SERVICE           IRS-Insolvency Section
1400 West Main                          CENTRALIZED INSOLVENCY OPERATIONS      PO Box 7346
Durant OK 74701-4906                    PO BOX 7346                            Philadelphia PA 19101-7346
                                        PHILADELPHIA PA 19101-7346

Nancy Ellen Carlton                     Nelnet Lns                             Nelnet on behalf of NSLP
1923 River Birch Drive                  Attention: Claims                      National Student Loan Program
Shawnee OK 74804-2414                   Po Box 17460                           PO Box 82507
                                        Denver CO 80217-0460                   Lincoln NE 68501-2507
```

| | | |
|---|---|---|
| OAK HARBOR CAPITAL III LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | OTC<br>Legal Division - Bankruptcy Section<br>120 N. Robinson, Ste. 2000W<br>Oklahoma City OK 73102-7801 | Oklahoma Tax Commission<br>Legal Division - Bankruptcy Section<br>120 N. Robinson, Ste. 2000W<br>Oklahoma City OK 73102-7801 |
| PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Patty Wagstaff<br>1608 Windmill Ridge<br>Shawnee OK 74804-1815 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Shell (Citicard)<br>POB 6406<br>Sioux Falls SD 57117-6406 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 |
| Wells Fargo<br>P.O. Box 14433<br>Des Moines IA 50306-3433 | Wells Fargo<br>P.O. Box X2501-01H,<br>Des Moines IA 50328-0001 | Wells Fargo Home Mortgage<br>P.O. Box 1225<br>Charlotte NC 28201 |
| Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines IA 50306-0335 | Bruce Scot Carlton<br>1530 N. Harrison<br>PMB 171<br>Shawnee, OK 74804-4021 | James E. Palinkas<br>J.E. Palinkas, P.C.<br>318 N. Broadway<br>Shawnee, OK 74801-6920 |
| John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>Special Procedures Branch<br>55 N. Robinson, Stop 5024<br>Oklahoma City OK 73102 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Shell Oil / Citibank<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City MO 64195 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A., successor by merger | (u)Bancfirst<br>Main & Jim Morpe<br>Mail Returned-99999 | (u)Bancfirst<br>Main & Jim Thorpe<br>Mail Returned-99999 |