**United States Bankruptcy Court**
**Western District of Oklahoma**

In re  **Bruce S. Carlton**
                      Debtor(s)

Case No. **11-14039**
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __5__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 2, 2015**

Signature **/s/ Bruce S. Carlton**
Bruce S. Carlton
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**/s/ James E. Palinkas**
James E. Palinkas, OBA 15037
Debtor's counsel
228 N. Broadway
Shawnee, OK 74801
(405) 275-0216
(405) 275-0286 - FAX
jim@jepalinkas.com